IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKY WHITE**                                                                      **PETITIONER**
ADC #77503

V.                  CASE NO. 5:18-CV-311-SWW-BD

**WENDY KELLEY, Director,**
Arkansas Department of Correction                                   **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere and Petitioner's objections. After careful consideration of the Recommendation and the objections, and a de novo review of pertinent portions of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The case is DISMISSED, without prejudice; a certificate of appealability is DENIED; and Mr. White's pending motion to proceed *in forma pauperis* (Docket entry #1) is DENIED as moot.

IT IS SO ORDERED, this 7th day of January, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE