IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKY WHITE                                                                                    PETITIONER
ADC #77503

V.                           CASE NO. 5:18-CV-311-SWW-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                              RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 7th day of January, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE